UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

  -against-

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

The status conference previously scheduled for Monday, April 19, 2021 at 11:00 AM is hereby rescheduled to 10:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: April 14, 2021
       New York, NY

                                                        _____
                                                           RICHARD M. BERMAN
                                                                U.S.D.J.