UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

  02 CR. 661 (RMB)

 -against-

**<u>ORDER</u>**

FREDERICK BROWNE,
    Defendant.
------------------------------------------------------------X

 The supervised release hearing previously scheduled for Monday, September 20, 2021 at 10:30 AM is hereby rescheduled to Wednesday, October 13, 2021 at 12:00 PM.

 In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

 Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0661

Dated: September 15, 2021
   New York, NY

            _____
              RICHARD M. BERMAN
                U.S.D.J.