**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                              02 CR. 661 (RMB)

   -against-

                                                                             **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, October 13, 2021 at 12:00 PM is hereby rescheduled to Wednesday, November 3, 2021 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: October 12, 2021
       New York, NY

                                                      _/s/ Richard M. Berman_
                                                          RICHARD M. BERMAN
                                                                 U.S.D.J.