**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                            02 CR. 661 (RMB)

   -against-

                                                                                          **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, November 3, 2021 at 12:00 PM is hereby rescheduled to Tuesday, November 2, 2021 at 10:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: October 28, 2021
       New York, NY

                                                _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.