**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, December 16, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: December 9, 2021
       New York, NY

                                              RICHARD M. BERMAN
                                                  U.S.D.J.