**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                  02 CR. 661 (RMB)
    -against-

                                                                                **ORDER**
FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, December 21, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: December 16, 2021
       New York, NY

                                                                            _____
                                                                            RICHARD M. BERMAN
                                                                                 U.S.D.J.