**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                               02 CR. 661 (RMB)

   -against-

                                                                                                              **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, January 27, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: January 19, 2022
       New York, NY

                                                                            */s/ Richard M. Berman*
                                                                     RICHARD M. BERMAN
                                                                         U.S.D.J.