UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              02 CR. 661 (RMB)

  -against-

**ORDER**

FREDERICK BROWNE,
              Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, February 8, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: February 2, 2022
      New York, NY

                                           RICHARD M. BERMAN
                                                U.S.D.J.