UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                                                      02 CR. 661 (RMB)

     -against-

                                                                                                                                     **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Tuesday, February 8, 2022 at 12:00 PM is hereby rescheduled to Thursday, February 10, 2022 at 12:00 PM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: February 3, 2022
       New York, NY

                                                                             _____
                                                                                 RICHARD M. BERMAN
                                                                                       U.S.D.J.