UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,                          **ORDER**

          -against-                                  02 CR 661 (RMB)

FREDERICK BROWNE,
                    Defendant.
------------------------------------------------------------X

      Upon the application of the above-captioned defendant, Frederick Browne, by and through his attorney, Robert M. Baum, Esq. of the Federal Defender Office, and with the consent of Mitzi Steiner, Esq., on behalf of the Government;

      IT IS ORDERED that the above captioned defendant, Frederick Browne, Reg. No. 53654-054, currently incarcerated at the MDC, Brooklyn, be produced on Wednesday, February 16, 2022, no later than 10:00 am, at the U.S. Marshals Service cellblock on the fourth floor of the Courthouse located at 500 Pearl Street, New York, New York, in order to be released to the custody of a representative of Odyssey House drug program to complete inpatient treatment.

      Mr. Browne was sentenced to time served on February 15, 2022.

      A hearing will be held on March 2, 2022 at 10:30 am. Mr. Browne's appearance may be waived.

Dated: New York, New York
       February 15, 2022

                                                  */s/ RMB*
                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/22