UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                               02 CR. 661 (RMB)
   -against-

                                                                             **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, March 2, 2022 at 10:30 AM being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: February 23, 2022
       New York, NY

                                                                         *Richard M. Berman*
                                                              _____
                                                                 RICHARD M. BERMAN
                                                                        U.S.D.J.