**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                   02 CR. 661 (RMB)

   -against-

                                                                                  **<u>ORDER</u>**

FREDERICK BROWNE,
               Defendant.
------------------------------------------------------------X

      The Court will hold a status conference on Thursday, March 17, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: March 16, 2022
       New York, NY

                                                      *Richard M. Berman*
                                        _____
                                                 RICHARD M. BERMAN
                                                         U.S.D.J.