**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

The Court will hold a status conference on Tuesday, March 22, 2022 at 12:00 PM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0661

Dated: March 17, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.