**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                                                         02 CR. 661 (RMB)
   -against-

                                                                                        **ORDER**

FREDERICK BROWNE,
              Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, March 29, 2022 at 12;00 is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: March 23, 2022
       New York, NY

                                                      _____
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.