UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                         02 CR. 661 (RMB)

   -against-

                                                                                        **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

      The status conference scheduled for Thursday, April 21, 2022 at 12:00 PM is hereby adjourned to Thursday, April 28, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: April 21, 2022
       New York, NY

                                                            _____
                                                                RICHARD M. BERMAN
                                                                        U.S.D.J.