**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                                          02 CR. 661 (RMB)
   -against-

                                                                          <u>**ORDER**</u>

FREDERICK BROWNE,
              Defendant.
-------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, May 5, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0661

Dated: May 4, 2022
       New York, NY

                                                                 _____
                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.