UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

          -against-

FREDERICK BROWNE,
Reg. No. 53654-054,
                Defendant.
-----------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

        For the reasons stated on the record today, the Defendant shall be produced at the U.S. Marshals Office, 500 Pearl Street, New York, New York by 9:00 AM on Monday, May 9, 2022. Mr. Browne shall then be released to the care and custody of the United States Probation Department, in order to effectuate immediate placement in the Residential Reentry Center. The Court requests that Probation accompany Mr. Browne to the Reentry Center.

Dated: New York, New York
       May 5, 2022

                                                      RMB
                                        RICHARD M. BERMAN
                                                 U.S.D.J.