UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Government,                            **ORDER**

            -against-                                            02 **CR.** 661 (RMB)

FREDERICK BROWNE,
Reg. No. 53654-054,
                            Defendant(s).
------------------------------------------------------------X

       For the reasons stated on the record today, the terms of the Defendant's supervised release conditions are modified to include four months placement in a Residential Reentry Center. Inpatient treatment at Odyssey House is no longer required. All other terms and conditions of Defendant's sentence imposed on February 15, 2022 remain in effect.

       A supervised release hearing is scheduled for June 16, 2022 at 10:30 am. <u>See</u> Transcript of proceedings held on May 5, 2022 for a complete record.


Dated: New York, New York
       May 5, 2022

                                              _____
                                              **RICHARD M. BERMAN, U.S.D.J.**