UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

   -against-

FREDERICK BROWNE,
              Defendant.
------------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, June 16, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0661

Dated: June 8, 2022
       New York, NY

                                           RICHARD M. BERMAN
                                             U.S.D.J.