**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                              02 CR. 661 (RMB)

         -against-

                                                              **AMENDED ORDER**

FREDERICK BROWNE,
                         Defendant.
------------------------------------------------------------X


         The supervised release hearing scheduled for Thursday, June 16, 2022 at 10:30 AM is

hereby rescheduled to 9:00 AM on the same date.

          In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

         Participants, members of the public and the press can use the following dial-in

information:

         USA Toll-Free Number: (877) 336-1829
         Access Code: 6265989
         Security Code: 0661


Dated: June 8, 2022
         New York, NY

                                        _____
                                             RICHARD M. BERMAN
                                             U.S.D.J.