UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

02 CR. 661 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Thursday, July 21, 2022 is hereby rescheduled to Thursday, August 4, 2022 at 1:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0661

Dated: July 21, 2022
       New York, NY

                                                _____
                                             RICHARD M. BERMAN
                                                  U.S.D.J.