UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,              **ORDER**

     -against-                              02 **CR.** 661 (RMB)

FREDERICK BROWNE,
Reg. No. 53654-054,
                Defendant(s).
------------------------------------------------------------X

        For the reasons stated on the record today, the terms of Mr. Browne's supervised release conditions are further modified to include a three month extension of his placement at the Residential Reentry Center, effective September 8, 2022.

        A supervised release hearing is scheduled for September 21, 2022 at 1:30 pm.

See Transcript of proceedings held on May 5, 2022 for a complete record.


Dated: New York, New York
       August 4, 2022

                                                      _____
                                                        **RICHARD M. BERMAN, U.S.D.J.**