**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                  02 CR. 661 (RMB)

  -against-

                                                                                 **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 21, 2022 at 1:30 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-In Number: (646) 453-4442
       Conference ID: 444 602 799#

Dated: September 13, 2022
       New York, NY

                                                        _____
                                                           RICHARD M. BERMAN
                                                                 U.S.D.J.