**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                              02 CR. 661 (RMB)

   -against-

                                                                             **ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Tuesday, November 1, 2022 at 10:00 AM will be held in Courtroom 17B.

Dated: October 27, 2022
       New York, NY

                                                                RICHARD M. BERMAN
                                                                       U.S.D.J.