UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,                    02 Cr 661 (RMB)

    -against-                            **ORDER**

FREDERICK BROWNE,
                         Defendant.
------------------------------------------------------------X

        The Court would like to see the detailed plan for Mr. Browne developed and signed off on by all parties prior to the next hearing.

        If you submit the agreed to and signed plan by 3:00 pm today, we can reschedule today's hearing for 11/2/22 at 10:30 am.

Dated: New York, New York
       November 1, 2022

                                                          Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/22