UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                02 CR. 661 (RMB)

    -against-

**ORDER**

FREDERICK BROWNE,
                Defendant.
------------------------------------------------------------X

        The Court will hold a status conference on Monday, December 12, 2022 at 9:00 A.M.

        In the absence of defense counsel – the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 863 681 687#

Dated: December 7, 2022
       New York, NY

                                                    */s/ Richard M. Berman*
                                            RICHARD M. BERMAN
                                            U.S.D.J.