UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,                    **ORDER**

            -against-                                     02 **CR.** 661 (RMB)

FREDERICK BROWNE,
Reg. No. 53654-054,
                          Defendant(s).
------------------------------------------------------------X

       At the request of probation, the terms of the Defendant's supervised release conditions are further modified to include a three month extension of his placement at the Residential Reentry Center, effective December 7, 2022.

       A supervised release hearing is scheduled for December 12, 2022 at 9:00 am.

Dated: New York, New York
       December 7, 2022


RICHARD M. BERMAN, U.S.D.J.

