UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,      02 CR. 661 (RMB)

   - against -      **ORDER**

FREDERICK BROWNE,
                Defendant.
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, January 30, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 114 250 091#

Dated: January 25, 2023
       New York, NY

                                          */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**