UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-                                 **ORDER**

                                                 02 **CR.** 661 (RMB)

FREDERICK BROWNE,
                         Defendant.
------------------------------------------------------------X

       Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of Defendant's supervised release, and to conduct status hearings with the parties.

Dated: New York, New York
          February 16, 2023

                                                _____
                                                **RICHARD M. BERMAN, U.S.D.J.**

cc: Holly Pratesi, Esq.