UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

FREDERICK BROWNE,

           Defendant.

CASE NO.: 02 Cr. 661 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (ECF No. 119). Accordingly, the supervised release hearing scheduled for Tuesday, February 28, 2023, at 9:00 am will now take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Browne are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           February 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**