UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

FREDERICK BROWNE,

           Defendant.

CASE NO.: 02 Cr. 661 (RMB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 16, 2023, the Honorable Richard M. Berman referred this action to the undersigned for purposes of monitoring the status of Defendant Frederick Browne's ("Mr. Browne") supervised release and to conduct status hearings. (ECF No. 119). On February 27, 2023, the Court scheduled a supervised release hearing. (ECF No. 120 (the "Feb. 27 Order")). Judge Berman has advised the undersigned that he intends to continue supervising Mr. Browne. Accordingly, the Feb. 27 Order is VACATED and the supervised release hearing scheduled for Tuesday, February 28, 2023, at 9:00 a.m. is AJOURNED sine die.

Dated:    New York, New York
            February 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**