UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
                    Government,         :     02 CR. 661 (RMB)
                                        :
        - against -                     :     **ORDER**
                                        :
FREDERICK BROWNE,                       :
                    Defendant.          :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 1, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 127 859 118#

Dated: February 28, 2023
       New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
U.S.D.J.