**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 02 CR. 661 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| FREDERICK BROWNE, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 9, 2023 at 1:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 127 859 118#

Dated: March 1, 2023
    New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**