UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 02 CR. 661 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| FREDERICK BROWNE, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 30, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 815 822 887#

Dated: March 27, 2023
New York, NY

*Richard M. Berman*

**RICHARD M. BERMAN**
U.S.D.J.