**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                         :

                Government,     :       02 CR. 661 (RMB)

                         :

        - against -         :       **ORDER**

                         :

FREDERICK BROWNE,         :

                Defendant.     :
--------------------------------------------------------------x

       The supervised release hearing is scheduled for Tuesday, May 2, 2023 at

11:30 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 955 148 345#

Dated: April 26, 2023
       New York, NY

                             *Richard M. Berman*
                            **RICHARD M. BERMAN**
                               **U.S.D.J.**