**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                                       :
                         Government,         :        02 CR. 661 (RMB)
                                                                       :
       - against -                           :        **ORDER**
                                                                       :
FREDERICK BROWNE,                              :
                         Defendant.            :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 24, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 728 343 720#

Dated: May 22, 2023
       New York, NY

                                                      _____
                                                      **RICHARD M. BERMAN**
                                                             **U.S.D.J.**