**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                         :
                       Government,           :         02 CR. 661 (RMB)
                                                                         :
      - against -                                       :         **ORDER**
                                                                         :
FREDERICK BROWNE,                              :
                       Defendant.              :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 18, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 211 579 870#

Dated: July 13, 2023
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                            U.S.D.J.