**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 02 CR. 661 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| FREDERICK BROWNE, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 11, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 143 435 521#

Dated: September 6, 2023
      New York, NY

                                                                            *Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                              **U.S.D.J.**