UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                           Government,       :       02 CR. 661 (RMB)
                                           :
           - against -                   :       **ORDER**
                                           :
FREDERICK BROWNE,                          :
                           Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 6, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 705 552 711#

Dated: November 1, 2023
       New York, NY

                                                _____
                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**