**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, :    02 CR. 661 (RMB)
:
    - against - :    **ORDER**
:
:
FREDERICK BROWNE, :
:
                Defendant. :
-------------------------------------------------------------x

       The supervised release hearing scheduled for Tuesday, December 12, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: December 6, 2023
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.