**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :          02 CR. 661 (RMB)
                                         :
  - against -                           :          **ORDER**
                                         :
                                         :
FREDERICK BROWNE,                        :
                                         :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, January 16, 2024 at 9:00 A.M. will take place in Courtroom 17B.


Dated: January 10, 2024
       New York, NY

                                                  RICHARD M. BERMAN
                                                        U.S.D.J.