**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                 Government,      :     02 CR. 661 (RMB)

    - against -                  :     **ORDER**

FREDERICK BROWNE,            :

                 Defendant.      :
-------------------------------------------------------------x

       The plea and sentencing scheduled for Monday, February 26, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: February 1, 2024
       New York, NY

                                            _____
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.