**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                            :
                           Government,      :         02 CR. 661 (RMB)
                                                                            :
        - against -                                  :         **ORDER**
                                                                            :
FREDERICK BROWNE,                                     :
                           Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, April 22, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 737 854 669#

Dated: April 17, 2024
         New York, NY

                                                              */s/ Richard M. Berman*
                                                             **RICHARD M. BERMAN**
                                                                     **U.S.D.J.**