**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                                   :
                                                            :
                           Government,         :        02 CR. 661 (RMB)
                                                            :
         - against -                                      :        **ORDER**
                                                            :
FREDERICK BROWNE,                                           :
                           Defendant.          :
-------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, May 2, 2024 at 9:00 A.M. is hereby rescheduled to Monday, May 20, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 324 030 742#

Dated: May 2, 2024
       New York, NY

                                                         _____
                                                           **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**