**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                         Government,     :     02 CR. 661 (RMB)
                                                  :
          - against -                         :     **ORDER**
                                                  :
FREDERICK BROWNE,                                 :
                         Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 20, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 324 030 742#

Dated: May 15, 2024
       New York, NY

                                                                            **RICHARD M. BERMAN**
                                                                                 **U.S.D.J.**