**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,         :         02 CR. 661 (RMB)
                                         :
      - against -                   :         **ORDER**
                                         :
FREDERICK BROWNE,                        :
                      Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, June 10, 2024 at 2:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 375 301 351#

Dated: June 5, 2024
       New York, NY

                                                                         **RICHARD M. BERMAN**
                                                                             **U.S.D.J.**