UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
               Government,     :     02 CR. 661 (RMB)
                                       :
      - against -                     :     **ORDER**
                                       :
FREDERICK BROWNE,                      :
               Defendant.      :
-------------------------------------------------------------x

     The supervised release hearing previously scheduled for Monday, June 10, 2024 at 2:30 P.M. is hereby rescheduled to Monday, June 24, 2024 at 11:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID:   375 301 351#

Dated: June 10, 2024
       New York, NY

                                                                        **RICHARD M. BERMAN**
                                                                                  **U.S.D.J.**