**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                   Government,      :     02 CR. 661 (RMB)
                                             :
       - against -                          :     **ORDER**
                                             :
FREDERICK BROWNE,                            :
                                             :
                   Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 16, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 238 923 381#

Dated: July 10, 2024
       New York, NY

                                                        **RICHARD M. BERMAN**
                                                        **U.S.D.J.**